## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3015 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 88 DB 2022 |
| | : | |
| v. | : | |
| | : | Attorney Registration No. 82205 |
| MICHAEL ERIC ADLER, | : | |
| | : | |
| Respondent | : | (Montgomery County) |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2024, upon consideration of the Report and Recommendations of the Disciplinary Board, Michael Eric Adler is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).